CHET A. KRONENBERG (SBN: 222335)
ckronenberg@stblaw.com
JACOB P. WASCHAK (SBN: 318364)
jacob.waschak@stblaw.com
LINDSAY A. DIMAGGIO (SBN: 329913)
lindsay.dimaggio@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California  90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

Attorneys for Defendant
VIVINT SOLAR, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN ROJAS, an Individual; and JUAN HUERTA, an Individual;<br><br>Plaintiffs,<br><br>v.<br><br>VIVINT SOLAR, INC., a Delaware Corporation; and DOES 1-10, inclusive;<br><br>Defendants. | CASE NO.: 5:19-cv-02297-JGB-SHK<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT** |

|    |                                                                                                                    |
|----|--------------------------------------------------------------------------------------------------------------------|
| 1  | **ORDER**                                                                                                          |
| 2  | Pursuant to the Stipulation Extending Time to Answer or Otherwise                                                  |
| 3  | Respond to the First Amended Complaint, and for GOOD CAUSE having been                                             |
| 4  | shown,                                                                                                             |
| 5  | IT IS HEREBY ORDERED THAT Defendant shall not be required to                                                       |
| 6  | answer, move, or otherwise substantively respond to the First Amended Complaint                                    |
| 7  | until April 3, 2020.                                                                                               |

IT IS SO ORDERED.

Dated: March 5, 2020

HONORABLE JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE